UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMANTHA J. ADKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LQ MANAGEMENT L.L.C.,<br><br>Defendant. | § § § § § § § § § § § § | Case No. 2:18-cv-00059-LPL |

### MOTION FOR ADMISSION *PRO HAC VICE* FOR KELLINE R. LINTON

Kelline R. Linton ("Linton"), undersigned counsel for Defendant LQ Management L.L.C., hereby moves that Linton be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant LQ Management L.L.C. in the above-captioned matter, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Kelline R. Linton filed herewith as **Exhibit A**, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date:  January 19, 2018

Respectfully submitted,

By: */s/ Kelline R. Linton*
Kelline R. Linton
Texas State Bar No. 24085436
Southern District of Texas No. 2127346
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1164 (Telephone)
(713) 229-2510 (Facsimile)
kelline.linton@lockelord.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

R. Bruce Carlson  
Gary F. Lynch  
Kevin Abramowicz  
Carlson Lynch Sweet Kilpela & Carpenter, LLP  
1133 Penn Avenue, 5th Floor  
Pittsburgh, PA 15222  
(412) 322-9243 (Telephone)  
bcarlson@carlsonlynch.com  
glynch@carlsonlynch.com  
kabramowicz@carlsonlynch.com  

                                                                  /s/*Kelline R. Linton*  
                                                                  Kelline R. Linton