UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SAMANTHA J. ADKINS, individually and
on behalf of all others similarly situated,

Plaintiff,

v.

LQ MANAGEMENT L.L.C.,

Defendant.

Case No. 2:18-cv-00059-LPL

## JOINT NOTICE OF SETTLEMENT

Plaintiff Samantha J. Adkins and Defendant LQ Management L.L.C. (collectively "the Parties") file this Joint Notice of Settlement to inform the Court that the Parties have reached a settlement in the above-captioned matter. The Parties will file papers necessary to dismiss this action once the Parties finalize the settlement documents, which they reasonably expect to do not later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines, with the expectation that a Notice of Dismissal with Prejudice as to all claims and all parties will be filed within 30 days.

Dated: May 2, 2018

Respectfully submitted,
By: */s/ R. Bruce Carlson*
R. Bruce Carlson
Gary F. Lynch
Kevin Abramowicz
Kelly Iverson
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor

1

Pittsburgh, PA 15222
(412) 322-9243 (Telephone)
bcarlson@carlsonlynch.com
glynch@carlsonlynch.com
kabramowicz@carlsonlynch.com
kiverson@carlsonlynch.com

**COUNSEL FOR PLAINTIFF**


By: */s/ Johanna F. Norvell\**
Johanna F. Norvell
Texas State Bar No. 00796549
Southern District of Texas No. 20718
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1423 (Telephone)
(713) 229-2599 (Facsimile)
hnorvell@lockelord.com
*\*admitted pro hac vice*

**COUNSEL FOR DEFENDANT**


**OF COUNSEL FOR DEFENDANT**

Kelline R. Linton\*
Texas State Bar No. 24085436
Southern District of Texas No. 2127346
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1164 (Telephone)
(713) 229-2510 (Facsimile)
kelline.linton@lockelord.com
*\*admitted pro hac vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

R. Bruce Carlson
Gary F. Lynch
Kevin Abramowicz
Kelly Iverson
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (Telephone)
bcarlson@carlsonlynch.com
glynch@carlsonlynch.com
kabramowicz@carlsonlynch.com
kiverson@carlsonlynch.com

 /s/*Johanna F. Norvell*
Johanna F. Norvell