**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

SAMANTHA J. ADKINS, individually and on
behalf of all others similarly situated,

        Case No. 2:18-cv-00059-LPL

        Plaintiff,

v.

LQ MANAGEMENT L.L.C.,

        Defendant.

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff, Samantha J. Adkins, and Defendant, LQ Management, L.L.C..,

by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby

stipulate that:

1.      This action shall be DISMISSED, with prejudice; and

2.      No motion for class certification has been filed and no class has been certified in

this action; therefore, class notice and court approval of this dismissal are not required under the

Federal Rules.

        Respectfully submitted

*/s/ R. Bruce Carlson*

R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet Kilpela &
Carpenter, LLC
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

*Attorneys for Plaintiff*

*/s/ Johanna F. Norvell*

Johanna F. Norvell
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002
Phone: (713) 226-1423
hnorvell@lockelord.com

*Attorneys for Defendant*